IN RE: RULE 37.5(b)(1)(A) of the ARKANSAS
RULES of CRIMINAL PROCEDURE

Supreme Court of Arkansas
Delivered November 29, 2001

P ER CURIAM. The Arkansas Supreme Court Committee on
Criminal Practice has recommended an amendment to
Rule 37.5(b)(1)(A) of the Rules of Criminal Procedure in response
to the adoption of Rule 10 of the Arkansas Rules of Appellate
Procedure—Criminal (Automatic Review in Death Cases). *See In
Re: Amendment to Rule 10*, 345 Ark. Appx. (July 9, 2001). Because
of the adoption of Rule 10, certain language in Rule 37.5 (b)(1)(A)
became obsolete.

We agree with the Committee's recommendation and adopt,
effective immediately, the amendment to Rule 37.5 (b)(1)(A) as
republished below.

We express our gratitude to the members of the Criminal
Practice Committee for their work on this matter.

**Rule 37.5. Special rule for persons under sentence of death.**

\* \* \*

(b) Requirement of Hearing on Appointment of Attorney.[1]

(1)(A) Upon affirmance of a sentence of death by the Supreme
Court of Arkansas, the clerk of the court shall forward a copy of the

---

[1] *"Line-in, line-out" version of Rule 37.5 (b)(1)(A) to illustrate changes:*

Upon affirmance of a sentence of death by the Supreme Court of Arkansas, the
clerk of the court shall forward a copy of the mandate to the circuit court that imposed the
sentence of death and to the Attorney General. The circuit court shall conduct a hearing to
consider the appointment of an attorney to represent the person in post-conviction proceed-
ings under this rule. If the Supreme Court affirms a sentence of death or affirms the trial
court's finding of competency to waive an appeal from a sentence of death, the hearing shall
be held not later than twenty-one (21) days after the mandate is issued by the Supreme
Court. If an appeal is taken from the sentence of death but later dismissed by the Supreme
Court, the hearing shall be held not later than twenty-one (21) days after the date the appeal
is dismissed. If a timely notice of appeal is filed with the trial court but the trial record is
never lodged in the Supreme Court, the hearing shall be held not later than twenty-one (21)
days after the last date for lodging the trial record in the Supreme Court. If no timely notice
of appeal is filed, the hearing shall be held not later than twenty-one (21) days after the last
date on which a notice of appeal could have been filed.

mandate to the circuit court that imposed the sentence of death and to the Attorney General. The circuit court shall conduct a hearing to consider the appointment of an attorney to represent the person in post-conviction proceedings under this rule. If the Supreme Court affirms a sentence of death, the hearing shall be held not later than twenty-one (21) days after the mandate is issued by the Supreme Court.